**Order filed February 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00900-CR
_____

**LAKENDRICK EARL JACOBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1289471**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **States Exhibit 38.**

The clerk of the 338th District Court is directed to deliver to the Clerk of this court the original of States Exhibit 38, on or before **February 9, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of States Exhibit 38, to the clerk of the 338th District Court.

PER CURIAM